FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 09 2018
Per _____
Deputy Clerk

(1) HARRY L. BECKETT - BZ1379
(Name of Plaintiff)     (Inmate Number)
1000 Follies Road
Dallas, PA  18612
(Address)

(2) _____
(Name of Plaintiff)     (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

1:18-CV-329
(Case Number)

vs.

DOC/SCI L.H.;SMITHFIELD;HUNTING.
(1) U.M. GRANT;(2) COUNSELOR WILSON;
(3) PSY. TIM P.;(4) CHCA KOWALEWSKI;
(5) RN SCHROCK;(6) DEPUTY LUTHER;
(7) PSYCH/DR. M.;(8) DR. DANCHA;
(9) DR. MIHALY;(10) DR. FROMMER;
(11) CHCA DREIBELBIS;(12) SGT. BUBB;
(Names of Defendants) **SEE:REVERSE SIDE**

CIVIL COMPLAINT

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: _X_ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
   HARRY L. BECKTT, Plaintiff v. DOC.,et al, Defendants, **#1:CV-10-0050**. Filed "pro se" Dec. 8, 2010. BEFORE: **HONORABLE JUDGE SYLVIA H. RAMBO**. "Summary Judgement" relief DENIED: "JULY 24, 2014." Thereafter, within months a pattern of negligence&retaliatory&continuation doctrine theory action(s) occurred, resulting in 3 different retaliatory driven DOC, **entity**, transfers, documented **11.10.2016 Department of Veterans Affairs** tela-med that advanced/worsen RSD/CRPS, et. al from then 40% to 90%. Extraordinary "continuation" circumstances worthy of reopening - related - above **under same paid filing fees**... Easily verifiable: by DOC's ATTORNEY MRS. LAURA J. NEAL.

1

(**NAME OF DEFENDANT CONTINUED**):
(13)CO BUBB;(14)CO BICKEL;(15)CO HUBBER;
(16)LT. ABRASHOFF;(17)CPT. EICHENLAUB;
(18)SUPER. KAUFFMAN;(19)JOHN SILVIA;
(20)et al...

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? __X__ Yes ____ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? __X__ Yes ____ No

C. If your answer to "B" is Yes:

1. What steps did you take? Denied countless exhausted grievances for reasonable/good faith relief violating #206309. And understood/in play throughout §1983 #1:CV-10-0050. Also resulted in destruction of "two legal documents" #601407-"2/19/16

2. What was the result? Denied any/all reasonable relief sought until after calling "The Abuse Hot Line"x3 differnt times complaining of being under AC 24x7 on Housing Unit 2-1; and having to weather the snow/rain/wind to get to the Law Library... Resulted in medical based transfer to **same** DOC@DALLAS

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS**

(1) Name of first defendant: SGT BUBB, CO SCIVINO; DR. FROMMER; CHCA DREIBELBIS,et
Employed as DOC STAFF at DOC-SCI SMITHFIELD
Mailing address: P.O. Box 999, 1120 Pike Street, Huntingdon, PA 16652

(2) Name of second defendant: CO BICKEL; CO HUBER; CPT. EICHENLAUB; LT. ABRASHOFF
Employed as DOC STAFF at DOC-SCI SMITHFIELD
Mailing address: P.O. BOX 999, 1120 Pike Street, Huntingdon, PA 16652

(3) Name of third defendant: DOC-SCI HUNTINGDON JOHN&JOHN DOE's, et.al
Employed as DOC STAFF at DOC-SCI HUNTINGDON
Mailing address: 1100 Pike Street, Huntingdon, PA 16654

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Demonstrating a continuation pattern of (gross) negligence, cruel and unusual punishment of pain and suffering, DR. DANCHA; DR. MIHALY; PSYCHIATRIST; RN/CHCA A KOWALEWSKI; UNIT MANAGE T. GRANT; COUNSELOR MR. WILSON; DEPUTY SUPER. M. HOUSER; et.al; MR. JOSEPH J. SILVA@BUREAU OF HEALTH CARE SERVICES, at all times had knowledge that (see reverse side continuation)

2

Mr. Beckett was housed in an AC (not heated) environment in E UNIT 2-1, directly under a ceiling 6-vented system; even older men in E UNIT 3 often complained how cold they were; AND MR. WILSON (and NURSE WILSON,) both were in attendance of DVA, 11.10.2016, hearing the concern of DVA Physical; AND either party could have had in singe celled inside 9 single cells on E UNIT because he wasn't sleeping, resting, etc... providing an electric blanket, heater (or immediate transfer to DALLAS; SMITHFIELD; OR HUNTINGDON renewing original longstanding Z CODE status. BUT NEITHER PARTY did nothing to honor the understood 006 REASONABLE ACCOMMODATION REQUEST FORM, ATTACHMENT 2-A, entered into on "8/8/16" with CHCA MR. DREIBELBIS; and RSDSA's MR. JIM BROATCH; and DVA; and family. He was even denied by and through UM MRS. GRANT and Medical the limited hill side yard access to return (as countless other's did) to unit whenever (seldom) sunny conditions would get too windy. In addition, RN JOSH. M and E Unit PSYCHOLOGIST MR. TIM, supported sign cell status to "pump up the heat," as NURSE JOSH would state to Mr. Beckett as his position during weekly staff meetings. Especially when all parties admitted there was very little treatment/care available. Yet, all parties denied to very minimum when observing Mr. Beckett often standing in Cell 16 door way; and inside the Laundry Room for heat. (Often the late MR. GARY BROWN would put his winter coat&winter cap inside the dryer on high late evening before lock up time. Because he is familiar with Mr. Beckett from DOC-SCI HUNTINGDON, he often spoke with staff about moving him, and butting Mr. Beckett in Cell 16 for the heat; to no avail. ... **As all parties noticed the decline of Mr. Beckett's overall condition, nothing was done consistent with his medical/housing history.**

(1) SGT. BUBB, CO SCIVINO; DR. FORMMER; CHCA DREIBELBIS, et.al, clearly violates HIPPA (SGT. BUBB&CO SCIVINO) after the departure of former DEPUTY WHITSAL's resolve in **(continued on reverse side@(1))**

2. GR#601407-15, concerning "two legal documents" **originals, laminated,** was on display, being held in the Chambers of HONORABLE JUDGE SYLVIA H. RAMBO@DOC.44,#03-CV-1716. Cpt. Ike documented same day of returning "whit-out," reads in pertinent part: "I/M Beckett, As part of our interview ... It is noted that you state the laminated sheet were missing after the Search. I do not contest that but have no record of confiscation." Exhausted without resolve "FINAL REVIEW, 2/19/16".

3. _____
_____
_____
_____

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Instantly appointment of counsel because he's had to rely on men who knows him from **same** DOC/SCI HUNTINGDON. And restoring long standing **original** medical/housing Z-Code, i.e. single cell status and state because of RSD/CRPS. And brain disorder, memory loss, (and diagnosed PTSD), that had been honored during and throughout §1983 #1:CV-10-0050 before HONORABLE JUDGE SYLVIA H. RAMBO, filed, 12.8.2010, when Department of Veterans Affairs-DAV, rating was then 40% AND per 11.10.2016 DVA tela med exam at **same** DOC, LAUREL HIGHLAND, in the presence of Counselor Mr. Wilson, the DVA physician said to this effect, "The DOC must pay the damages for any increase cased by them." Requesting policy-changes for person(s) with preexisting incarceration disabilities and those disabilities occurred during incarceration. And monetary damagesx$1,000 per day while at DOC/SCI LAUREL HIGHLAND. Etc... GR#642545; GR#642866; GR#658463; GR#659768; GR#639312; GR#539148; Etc...

2. Recognition (and monetary damages) for "two legal documents." Were **originals laminated** lost/destroyed forever by DOC's CO BICKEL&CO HUBBART "shake down," mistakenly or not is never retrievable or replaceable. That had previously been before HONORABLE JUDGE SYLVIA H. RAMBO, inside her personal control for inspection during Civil #1:03-CV-1716. Same authentic by "HANDWRITING SERVICES INTERNATIONAL" EXPERTS, MR. CURT BAGGETT-TEXAS and MR. BART BAGGET-LOS ANGELES at the expenses of family/friends of Mr. Harry L. Beckett. $200,000.00 damages per GR#601407-15's written response by CPT. IKE, pertinent part only: ... "It is noted that you state the laminated sheets were missing after the Search. I do not contest that" ... Etc...GR#601407@"2/19/1

3. Continue, if by reopening, previous related Civil #1:CV-10-0050 in light of repeated grievances demonstrating the "continuity of care"; "negligence"; "damages" by the **entity of the** DOC - repeatedly - going "deliberately indifferent" in medical/housing/treatment/transfer, etc... history. Etc...

3

**Page 3, (1) continuation is,** GR#551213-15, et.al. That resulted in further retaliatory actions, that resulted in violating the "continuity of care," when **§1983@#1CV-10-0050.** Exhausted in GR#639312-16; et al. ADA 006 REASONABLE ACCOMMODATION@**I. Major Life Activities**&**J. Physical or Mental Impairments(which affects a major life activity)** Physical impairments include ... neurological; musculoskeletal". ... "Mental impairments ... organic brain syndrome" ...

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th, day of February, 2018.

_Henry L. Beckett_ hlb@filed
(Signature of Plaintiff)

4

NAME __Mr. Harry L. Beckett__

NUMBER __BZ1379__

State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania   18612

INMATE MAIL
PA DEPT. OF CORRECTIONS

RECEIVED
FEB 09 2018
PER _____ DEPUTY CLERK
HARRISBURG, PA.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
United States Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA   17108

Mr. Harry L. Beckett
BZ1379-1000 Follies Road
Dallas, PA 18612

February 5, 2018

**FILED
HARRISBURG, PA**

**FEB 0 9 2018**

Per _____
Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
United States Courthouse
228 Walnut Street
P.O. Box 983
Washington, DD 17108

RE: to enclosed two "pro se"
§1983 forms for filing and
distribution accordingly.
**Kindly time stamp and return
marked 2nd. copy of "pro se"
filing.**

Dear Clerk of the Court Representatives:

Per above referenced, on behalf of Mr. Harry L. Beckett, a 90% disabled American Veteran, who has always and continues to maintain his innocence in committing/participating in the 6.29.1991 extremely physical murder, <u>verses</u>, his 6.28.1991 **"Honorable Discharge"** for a: **"Physical Disability"** being declared <u>both</u> "medically unfit for duty" and "nondeployable status" because whenever he's confronted with any amount of combative or traumatic action's, he would lose consciousness.

Having a well documented "bran disorder," "memory loss," (and PTSD,) and RSD/CRPS, etc..., he's no able to prefect is §1983 action. Therefore, it is prayerful requested to a court-appointed civil attorney be appointed; if pro bono, as was his blessing during Civil **#1:CV-10-0050**, "pro se" filed **12.8.2010**, where because of his overall physical/mental disabilities "CALDWELL AND KEARNS," from Harrisburg, PA represented him before HONORABLE JUDGE SYLVIA H. RAMBO, who pushed for "pro bono" representation of his case. Because of his physical/mental health, he's unable to represent himself. And it would be a blessing for the appointment of counsel.

In closing, bless and thank you much for your requested prompt response, time and attention. Let's joint keep America lifted up in our prays.)

Prayerfully requested by,

Proverbs 13:22,
18:15-16, 22:1-6, 29
25:2-6, 27:17,
29:18

Harry L. Beckett/hlb