# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY L. BECKETT, | : | |
|     Plaintiff | : | |
| | : | No. 1:18-cv-00329 |
| v. | : | |
| | : | (Judge Rambo) |
| GRANT, et al., | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 12th day of September 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 15), is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Plaintiff is granted thirty (30) days leave, from the date of this Order, to file a second amended complaint. Plaintiff is advised to adhere to the standards set forth in the Federal Rules of Civil Procedure and the directives set forth by this Court in its accompanying Memorandum. The Clerk of Court is **DIRECTED** to mail Plaintiff a civil rights complaint form to use for filing his second amended complaint. Plaintiff's failure to file a second amended complaint in a timely fashion shall be deemed an abandonment of this action and this matter will be dismissed.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge