IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY L. BECKETT, :
    Plaintiff :
  : No. 1:18-cv-329
    v. :
  : (Judge Rambo)
U.M. GRANT, *et al.*, :
    Defendants :

# ORDER

**AND NOW**, on this 2nd day of October 2019, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motions to dismiss (Doc. Nos. 36, 38) are **GRANTED**;

2. Plaintiff's second amended complaint (Doc. No. 22) is **DISMISSED WITH PREJUDICE**. Plaintiff may not file a third amended complaint in this matter;

3. Plaintiff's motion for an extension of time to submit any additional pleadings (Doc. No. 53) is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                        S/SYLVIA H. RAMBO
                                        United States District Judge