**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HARRY L. BECKETT,<br><br>Plaintiff,<br><br>v.<br><br>U. M. GRANT, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 1:18-cv-00329<br><br>(SAPORITO, J.) |

**ORDER**

**AND NOW**, this 21st day of September, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motions for summary judgment (Docs. 93, 146) are **GRANTED**. The Medical Defendants' duplicative motion (Doc. 149) is **DENIED** as moot.

2. The Clerk is directed to enter **JUDGMENT** in favor of defendants and against plaintiff.

3. Any further relief requested in plaintiff's letter dated May 10, 2026 (Doc. 179), is **DENIED** as moot.

4. The Clerk is directed to mark this case as **CLOSED**.

Dated: September 21, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge